IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARATHA R. DEBONO,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Civil No. 10-11734

HON. GEORGE CARAM STEEH
MAG. JUDGE MARK A. RANDON

## **JUDGMENT**

This matter having been remanded to the agency pursuant to Judgment entered July 7, 2010; the proceedings having been adjudicated by an administrative law judge in favor of the Plaintiff on June 16, 2011; and Defendant, Commissioner of Social Security, having filed, with Plaintiff's concurrence, a motion for entry of judgment pursuant to Federal Rule of Civil Procedure 58 on December 30, 2011,

IT IS HEREBY ORDERED that the Commissioner's decision on remand is affirmed, and JUDGMENT is therefore entered in this matter.

                                                      **s/George Caram Steeh**
                                                      GEORGE CARAM STEEH
                                                      United States District Court Judge

Dated: January 12, 2012